

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00513-CR
### NO. 02-14-00514-CR

KARL DEAN JACKSON                                          APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1319320D, 1328761D

----------

## MEMORANDUM OPINION[1]

----------

In August 2013, Appellant Karl Dean Jackson pleaded guilty to two second-degree felony offenses—indecency with a child and burglary of a habitation—in exchange for seven years' deferred-adjudication community supervision for each offense. *See* Tex. Penal Code Ann. §§ 21.11(d), 30.02(c)(2) (West 2011). In December 2014, after Jackson pleaded true to

---

[1]*See* Tex. R. App. P. 47.4.

several of the allegations in the State's petition to proceed to adjudication, the trial court found those allegations, as well as other allegations, true. The trial court then revoked Jackson's community supervision, convicted him of both offenses, and sentenced him to fifteen years' confinement in each case, to be served concurrently. *See id.* § 12.33 (West 2011) (stating that the punishment range for a second-degree felony is not more than 20 years or less than 2 years and up to a $10,000 fine).

In a single issue, Jackson complains that his sentences constituted excessive and disproportionate punishment. However, Jackson concedes in his brief that he did not raise this complaint in the trial court or in a subsequent motion for new trial, and he acknowledges that this court, in *Laboriel-Guity v. State*, 336 S.W.3d 754, 756 (Tex. App.—Fort Worth 2011, pet. ref'd), and *Kim v. State*, 283 S.W.3d 473, 475 (Tex. App.—Fort Worth 2009, pet. ref'd), "has consistently held that proportionality complaints are forfeited when there is no complaint during the trial or in a subsequent motion for new trial." Declining Jackson's invitation to reconsider *Laboriel-Guity* and *Kim*, we overrule his sole issue as unpreserved and affirm the trial court's judgments.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; GABRIEL and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

2

DELIVERED:  June 25, 2015